JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES D. MIMS, | ) | Case No. CV 08-8341-SVW (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| J. WALKER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 20, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE